■ The People of the State of New York, Respondent, v Robert Cabassa, Appellant. [836 NYS2d 482]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed August 4, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.